# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

v.

DENA ALEXANDER GLADNEY

(Name and Address of Defendant)

**FILED**
KC
FEB 1 5 2008  2/15/08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 08CR 0136

MAGISTRATE JUDGE VALDEZ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __6/28/2007__ in __LaSalle__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of unlawful delivery of a controlled substance

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                      Official Title

facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**R. BRIAN WENTZ**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

February 15, 2008                     at    Chicago, Illinois
Date                                        City and State

MARIA VALDEZ    United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )

## AFFIDAVIT

I, R. BRIAN WENTZ, being duly sworn, depose and say:

1. I am employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over four years. I am currently assigned to the FBI's South Resident Agency in Orland Park, Illinois, where I investigate violent crimes. I am familiar with fugitive investigations. The information contained in this affidavit was furnished by Investigator David Guinee of the LaSalle County Sheriff's Office (LCSO), unless otherwise indicated.

2. On June 28, 2007, DENA ALEXANDER GLADNEY was charged in a criminal information in the Circuit Court of LaSalle County, Illinois, with two counts of unlawful delivery of controlled substance in that GLADNEY knowingly delivered more than 15 grams but less than 100 grams of a substance containing cocaine. This is a felony charge. An arrest warrant was issued the same day and is attached to this affidavit.

3. Law enforcement officials have been unable to locate GLADNEY in Illinois. As part of the LCSO's investigation, they recovered a letter allegedly sent by GLADNEY to his co-defendant,

LOUIS SHAW. The letter is dated August 15, 2007, and is notarized in the State of Michigan, County of Kalamazoo. The envelope has a Kalamazoo, Michigan, return address and postmark and is dated August 16, 2007. The letter stated, "To whom it may concern, LOUIS SHAW was unaware of my actions on dates listed below, May 22, 2007, May 31, 2007" and was signed "Dena Gladney". The May dates referred to are the dates of the transactions that led to the criminal charges.

4. Based upon the information contained in this affidavit, I believe DENA ALEXANDER GLADNEY fled the State of Illinois to avoid prosecution for the unlawful delivery of a controlled substance.

5. The LaSalle County State's Attorney's Office will extradite GLADNEY when he is apprehended.

R. BRIAN WENTZ
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before
me this 15th day of February 2008

MARIA VALDEZ
United States Magistrate Judge

2

CMR

# WARRANT

IN THE CIRCUIT COURT
LaSALLE COUNTY, OTTAWA, ILLINOIS

**FILED JUN 28 2007**

LA SALLE COUNTY CIRCUIT CLERK
THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
        Plaintiff, )
         )
   vs. ) No. 2007-CF-364
DENA A. GLADNEY ) COUNTS I & II
        Defendant. )

PEOPLE OF THE STATE OF ILLINOIS, TO ALL PEACE OFFICERS IN THE STATE OF ILLINOIS:

WE COMMAND THAT YOU ARREST DENA A. GLADNEY, M/B, D.O.B. [redacted], [redacted] LINCOLN ST., ARLINGTON, BUREAU COUNTY, ILLINOIS, FOR THE OFFENSE OF UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE (CLASS X FELONY) (TWO COUNTS), STATED IN A CHARGE NOW PENDING BEFORE THIS COURT AND THAT YOU BRING HER IMMEDIATELY BEFORE THE UNDERSIGNED JUDGE OR IF THAT JUDGE IS ABSENT OR UNABLE TO ACT, BEFORE THE NEAREST OR MOST ACCESSIBLE COURT IN LaSALLE COUNTY OR IF THIS WARRANT IS EXECUTED IN A COUNTY OTHER THAN LaSALLE, BEFORE THE NEAREST OR MOST ACCESSIBLE JUDGE IN THE COUNTY WHERE THE ARREST IS MADE.

BAIL: $200,000       /10% TO APPLY

ENTER: June 28, 2007                       _____
                                             JUDGE

FEES:                                     EXECUTED BY:
SERVICE:
MILEAGE:
TOTAL:                                    _____
                                           DEPUTY SHERIFF

                                          DATE EXECUTED: _____

_____ NO GEOGRAPHIC LIMITS
_____ GEOGRAPHICAL LIMITS-SURROUNDING COUNTIES ONLY
_____ GEOGRAPHIC LIMITS-STATE OF ILLINOIS ONLY
_____ GEOGRAPHIC LIMITS-AMENDED PER COURT ORDER
_____ OTHER



**BRIAN J. TOWNE**
STATE'S ATTORNEY

**OFFICE OF THE STATE'S ATTORNEY**
LASALLE COUNTY, ILLINOIS

LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, SUITE 251
OTTAWA, IL 61350

(815) 434-8340
Fax (815) 434-8357

January 16, 2008

RE: People of the State of Illinois vs. DENA GLADNEY
CASE NO: 2007-CF-364

To Whom It May Concern:

The above-captioned individual is currently wanted out of LaSalle County on a warrant. In the event this individual is apprehended, we will extradite.

If you have any questions, please contact me at the above number.

Sincerely,

BRIAN K. VESCOGNI
CHIEF DEPUTY STATE'S ATTORNEY

BKV:lar
Enc.

CRIMINAL INFORMATION

IN THE CIRCUIT COURT
LASALLE COUNTY, OTTAWA, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,

      Plaintiff,

    vs.                   NO. 2007-CF-364
                            COUNT I OF II

DENA A. GLADNEY

and

LOUIS Z. SHAW             NO. 2007-CF-365
      Defendant.           COUNT I OF II

    BRIAN J. TOWNE, STATE'S ATTORNEY OF LASALLE COUNTY, ON THIS June 28, 2007 ON OATH ALLEGES THAT ON OR ABOUT MAY 22, ... LASALLE COUNTY, ILLINOIS, DENA A. GLADNEY, M/B, D.O.B. ...
... T., ARLINGTON, BUREAU ... M/B, D.O.B. ... GLESBY, ILLINOIS 61348 ... COMMITTED THE OFFENSE OF:

UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE (CLASS X FELONY) IN THAT THE SAID DEFENDANT KNOWINGLY DELIVERED MORE THAN 15 GRAMS BUT LESS THAN 100 GRAMS OF A SUBSTANCE CONTAINING COCAINE, A CONTROLLED SUBSTANCE, OTHER THAN AS AUTHORIZED IN THE CONTROLLED SUBSTANCE ACT,

IN VIOLATION OF SECTION 570/401(a)(2)(A), CHAPTER 720, ILLINOIS COMPILED STATUTES, RYAN CANTLIN, ASSISTANT STATE'S ATTORNEY, WHO ON OATH AFFIRMS THAT THE ALLEGATIONS SET FORTH HEREIN ARE TRUE.

_____
RYAN CANTLIN
ASSISTANT STATE'S ATTORNEY

SIGNED AND SWORN TO BEFORE ME June 28, 2007.

_____
(X) NOTARY PUBLIC  ( ) CLERK  ( ) JUDGE

"OFFICIAL SEAL"
LORI A. REXROAT
Notary Public, State of Illinois
My Commission Expires 09/08/10

BRIAN J. TOWNE
STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, ROOM 251
OTTAWA, IL 61350

BAIL SET AT $ _____         _____
                                                            JUDGE

CRIMINAL INFORMATION

IN THE CIRCUIT COURT
LASALLE COUNTY, OTTAWA, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,

        Plaintiff,

    vs.                        NO. 2007-CF-364
                              COUNT II OF II

DENA A. GLADNEY

and

LOUIS Z. SHAW
                            NO. 2007-CF-365
        Defendant.            COUNT II OF II

BRIAN J. TOWNE, STATE'S ATTORNEY OF LASALLE COUNTY, ON THIS June 28, 2007 ON OATH ALLEGES THAT ON OR ABOUT MAY 31, 2007, IN LASALLE COUNTY, ILLINOIS, DENA A. GLADNEY, M/B, D.O.B. [illegible] ARLINGTON, BUREAU [illegible] D.O.B. [illegible] SBY, ILLINOIS 61348 [illegible] OF 24 [illegible] BE OF:

UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE (CLASS X FELONY) IN THAT THE SAID DEFENDANT KNOWINGLY DELIVERED MORE THAN 15 GRAMS BUT LESS THAN 100 GRAMS OF A SUBSTANCE CONTAINING COCAINE, A CONTROLLED SUBSTANCE, OTHER THAN AS AUTHORIZED IN THE CONTROLLED SUBSTANCE ACT,

IN VIOLATION OF SECTION 570/401(a)(2)(A), CHAPTER 720, ILLINOIS COMPILED STATUTES, RYAN CANTLIN, ASSISTANT STATE'S ATTORNEY, WHO ON OATH AFFIRMS THAT THE ALLEGATIONS SET FORTH HEREIN ARE TRUE.

_____
RYAN CANTLIN
ASSISTANT STATE'S ATTORNEY

SIGNED AND SWORN TO BEFORE ME June 28, 2007.

_____
(X) NOTARY PUBLIC   ( ) CLERK   ( ) JUDGE

BRIAN J. TOWNE
STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, ROOM 251
OTTAWA, IL 61350

"OFFICIAL SEAL"
LORI A. REXROAT
Notary Public, State of Illinois
My Commission Expires 09/08/10

BAIL SET AT $_____       _____
                                         JUDGE

## INDICTMENT

### IN THE CIRCUIT COURT
### LASALLE, COUNTY, ILLINOIS, AT OTTAWA, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) <br> PLAINTIFF, ) <br> -VS- ) <br> ) <br> DENA A. GLADNEY ) <br> ) <br> And ) <br> LOUIS Z. SHAW ) <br> DEFENDANT. ) | NO. 2007-CF-364 <br> COUNT I <br><br><br> NO. 2007-CF-365 <br> COUNT I |

AT LEAST NINE MEMBERS OF THE GRAND JURY HAVING CONCURRED, THE GRAND JURORS OF LASALLE COUNTY, ILLINOIS, CHARGE THAT:

ON OR ABOUT MAY 22, 2007, IN LASALLE COUNTY, ILLINOIS, DENA A. GLADNEY, DEFENDANT, AND LOUIS Z. SHAW, DEFENDANT, COMMITTED THE OFFENSE OF: UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE (CLASS X FELONY)

IN THAT THE SAID DEFENDANT KNOWINGLY DELIVERED MORE THAN 15 GRAMS BUT LESS

THAN 100 GRAMS OF A SUBSTANCE CONTAINING COCAINE, A CONTROLLED SUBSTANCE,

OTHER THAN AS AUTHORIZED IN THE CONTROLLED SUBSTANCE ACT,

IN VIOLATION OF SECTION 570/401(a)(2)(A), CHAPTER 720, ILLINOIS COMPILED STATUTES.
A TRUE BILL.

DATE: July 10, 2007

FOREMAN, GRAND JURY

NAMES OF WITNESSES UPON WHOSE EVIDENCE THIS INDICTMENT WAS FOUND:
TASK FORCE
INSPECTOR GIRTON
BRIAN J. TOWNE, STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, Room 251
OTTAWA, IL 61350
TELEPHONE NO.: (815) 434-8340

## INDICTMENT

### IN THE CIRCUIT COURT
### LASALLE, COUNTY, ILLINOIS, AT OTTAWA, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS, ) <br> PLAINTIFF, ) <br> -VS- ) <br> ) <br> DENA A. GLADNEY ) <br> ) <br> And ) <br> LOUIS Z. SHAW ) <br> DEFENDANT. ) | NO. 2007-CF-364 <br> COUNT II <br><br> NO. 2007-CF-364 <br> COUNT II |

AT LEAST NINE MEMBERS OF THE GRAND JURY HAVING CONCURRED, THE GRAND JURORS OF LASALLE COUNTY, ILLINOIS, CHARGE THAT:

ON OR ABOUT MAY 31, 2007, IN LASALLE COUNTY, ILLINOIS, **DENA A. GLADNEY, DEFENDANT, AND LOUIS Z. SHAW, DEFENDANT, COMMITTED THE OFFENSE OF: UNLAWFUL DELIVERY OF CONTROLLED SUBSTANCE (CLASS X FELONY)**

IN THAT THE SAID DEFENDANT KNOWINGLY DELIVERED MORE THAN 15 GRAMS BUT LESS THAN 100 GRAMS OF A SUBSTANCE CONTAINING COCAINE, A CONTROLLED SUBSTANCE, OTHER THAN AS AUTHORIZED IN THE CONTROLLED SUBSTANCE ACT,

IN VIOLATION OF SECTION 570/401(a)(2)(A), CHAPTER 720, ILLINOIS COMPILED STATUTES.

A TRUE BILL.

DATE: July 10, 2007

_____
FOREMAN, GRAND JURY

NAMES OF WITNESSES UPON WHOSE EVIDENCE THIS INDICTMENT WAS FOUND:
TASK FORCE
INSPECTOR GIRTON
BRIAN J. TOWNE, STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, Room 251
OTTAWA, IL 61350
TELEPHONE NO.: (815) 434-8340