# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 136 | **DATE** | 2/15/2008 |
| **CASE TITLE** | USA v. Dena Alexander Gladney | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued to Dena Alexander Gladney on 2/15/08.

Docketing to mail notices

| | Courtroom Deputy Initials: | yp |
|---|---|---|